# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DWAYNE CROPPER, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 1:20-cv-00921-SB |
| | ) | |
| v. | ) | Jury Trial Demanded |
| | ) | |
| MEGAN N. MCCARTHY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS' REPLY BRIEF
### IN SUPPORT OF THE MOTION FOR SUMMARY JUDGMENT

**CONFIDENTIAL – FILED UNDER SEAL**

**REDACTED VERSION**

Date: August 5, 2022

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/s/ *Rebecca Song*
Rebecca Song (#6075)
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th Fl.
Wilmington, Delaware 19801
(302) 577-8400
Rebecca.song@delaware.gov
*Counsel for Defendants*

# **DOCUMENT REDACTED IN ITS ENTIRETY**